IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| RUTHLEE S. GLOSS, | : | Case No. 1-22-bk-00246-HWV |
| Debtor | : | Order Confirming Amended Plan |

## CERTIFICATE OF SERVICE

AND NOW, this 9th of January, 2023, I, Donald K. Zagurskie, Esquire, attorney for the Debtor hereby certify that I am over the age of 18, and that on this day served a true and correct copy of the Order Confirming Amended Chapter 13 Plan that was filed on September 14, 2022, using the CM/ECF system which sent notification of such filing to the following Filling Users at the following e-mail address:

Jack N Zaharopoulos (Trustee): jzaharopoulos@pamd13trustee.com
United States Trustee: ustpregion03.ha.ecf@usdoj.gov

I hereby certify that I have this day served a true and correct copy of the Order Confirming Amended Chapter 13 Plan which was filed on September 14, 2022 by first-class mail, postage prepaid addressed to the creditors listed on the attached matrix.

JOHNSTON & ZAGURSKIE, PC

By: /s/ Donald K. Zagurskie
**Donald K. Zagurskie, Esq.**
**Attorney ID #62494**
**117 Main St., P.O. Box O**
**Mifflin, PA 17058**
**(717) 436-8044**
**Attorney for Debtor**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:22-bk-00246-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Mon Jan 9 15:24:35 EST 2023 | U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101-1737 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Directv, LLC<br>by American InfoSource as agent<br>PO Box 5072<br>Carol Stream, IL 60197-5072 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MidFirst Bank<br>999 NorthWest Grand Boulevard<br>Oklahoma City, OK 73118-6051 |
| MidFirst Bank<br>Attn: Bankruptcy Dept<br>999 NW Grand Boulevard, Suite 100<br>Oklahoma City, OK 73118-6051 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Donald K. Zagurskie<br>Johnston & Zagurskie, PC<br>117 Main Street<br>PO Box 0<br>Mifflin, PA 17058-0915 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| Ruthlee S Gloss<br>54 Farmhouse Court<br>Mifflintown, PA 17059-9039 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MIDFIRST BANK

End of Label Matrix
Mailable recipients    12
Bypassed recipients    1
Total    13