United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                               Case No. 22-00246-HWV
Ruthlee S Gloss                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                              Page 1 of 2
Date Rcvd: May 24, 2023                  Form ID: ordsmiss                         Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ruthlee S Gloss, 54 Farmhouse Court, Mifflintown, PA 17059-9039 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5465550 | | EDI: CAPITALONE.COM | May 24 2023 22:41:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5460314 | | EDI: DIRECTV.COM | May 24 2023 22:41:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5460316 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2023 18:48:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5465130 | + | EDI: AISMIDFIRST | May 24 2023 22:41:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5459469 | + | EDI: AISMIDFIRST | May 24 2023 22:41:00 | MidFirst Bank, Attn: Bankruptcy Dept, 999 NW Grand Boulevard, Suite 100, Oklahoma City, OK 73118-6051 |
| 5460623 | + | Email/Text: bankruptcydpt@mcmcg.com | May 24 2023 18:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5460750 | + | EDI: AGFINANCE.COM | May 24 2023 22:41:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 2 of 2 |
| Date Rcvd: May 24, 2023 | Form ID: ordsmiss | Total Noticed: 8 |

Date: May 26, 2023   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Donald K. Zagurskie | on behalf of Debtor 1 Ruthlee S Gloss jzmlawoffice@gmail.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Janet M. Spears | on behalf of Creditor MIDFIRST BANK bkecfinbox@aldridgepite.com  JSpears@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ruthlee S Gloss,　　　　　　　　　　　Chapter　　13

　**Debtor 1**

　　　　　　　　　　　　　　　　　　　　Case No.　　1:22−bk−00246−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　*/s/ Henry W. Van Eck*

　　　　　　　　　　　　　　　　　　　Henry W. Van Eck, Chief Bankruptcy Judge

　　　　　　　　　　　　　　　　　　　Dated: May 24, 2023

ordsmiss (05/18)